**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ELEANOR TORTOSO,

    Plaintiff,

vs.                                              CASE NO. 8:13-CIV-2298-T-EAK-TBM

BRYANT, HODGE AND
ASSOCIATES, LLC., et al.,

    Defendants.
_____/

**ORDER ENTERING DEFAULT JUDGMENT**

This cause is before the Court on the Plaintiff's application for entry of default judgment and for attorney fees against the sole remaining defendant, Bryant, Hodge and Associates, LLC. (Doc. 20). The Plaintiff requests the Court enter judgment in the amount of $1,000.00 statutory damages, $52.77 in costs, and $2,935.00 in attorney's fees. The Court has reviewed the motion and finds the motion to be well-taken and unopposed. Accordingly, it is

**ORDERED** that the application for entry of default judgment against Defendant Bryant, Hodge and Associates, LLC. (Doc. 20) be **granted**. The Clerk of Court shall enter judgment shall be entered for the Plaintiff and against Defendant in the amount of $1,000.00 statutory damages, $52.77 in costs, and $2,935.00 in attorney's fees for a total of $3,987.77. The Clerk of Court is directed to close this case and to terminate any pending motions.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 18th day of February, 2014.



Copies to: All parties and counsel of record